# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 10, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60645   Bermudes-Osorto v. Bondi
                     Agency No. A098 120 797

The court has granted an extension of time to and including March 20, 2025 for filing petitioner's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique B. Tardie, Deputy Clerk
504-310-7715

Mr. Jeremy Jong
 Office of Immigration Litigation