# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 16, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60645   Bermudes-Osorto v. Bondi
                         Agency No. A098 120 797

The court has granted an extension of time to and including May 27, 2025 for filing appellee's/respondent's brief in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Sean Hannan, Deputy Clerk

Mr. Jose Correa
Executive Office of Immigration Review
Mr. Jeremy Jong
Office of Immigration Litigation
Mr. Arthur Rabin