# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 09, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60645   Bermudes-Osorto v. Bondi
                    Agency No. A098 120 797

The court has granted the motion to suspend briefing pending a ruling on the motion for summary disposition in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

Mr. Jose Correa
Executive Office of Immigration Review
Mr. Jeremy Jong
Office of Immigration Litigation
Mr. Arthur Rabin