# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 26, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-60645    Bermudes-Osorto v. Bondi
                        USDC No. A098 120 797

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Rebecca L. Jeanfreau, Deputy Clerk
                    504-310-7645

Mr. Jose Correa, Executive Office of Immigration Review
Mr. Jeremy Jong, Office of Immigration Litigation
Mr. Arthur Rabin