# United States Court of Appeals for the Fifth Circuit

---

No. 24-60645
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

February 3, 2026

Lyle W. Cayce
Clerk

OSCAR ANTONIO BERMUDES-OSORTO,

*Petitioner*

*versus*

PAMELA BONDI, *U.S. Attorney General*,

*Respondent*

---

Petition for Review from an Order of the
Board of Immigration Appeals
Agency No. A098 120 797

---

## JUDGMENT

Before JONES, DUNCAN, and DOUGLAS, *Circuit Judges*.

This cause was considered on the petition of Oscar Antonio Bermudes-Osorto for review of an order of the Board of Immigration Appeals and the briefs on file.

IT IS ORDERED and ADJUDGED that the petition for review is DENIED.

No. 24-60645

IT IS FURTHER ORDERED that Oscar Antonio Bermudes-Osorto pay to Pamela Bondi, *U.S. Attorney General*, the costs on the petition for review to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

**Certified as a true copy and issued
as the mandate on Mar 27, 2026**

**Attest:**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**